# United States Bankruptcy Court
## of the
## Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re: BRANDY L. SWEITZER & DANA M. SWEITZER  Case Number: 08-70678
911 N. WASHINGTON  SSN-xxx-xx-3998 & xxx-xx-5773
MOUNT CARROLL, IL  61053

Case filed on: 3/7/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,300.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY MARK E ZALESKI | 2,500.00 | 2,500.00 | 887.37 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 887.37 | 0.00 |
| 003 | INSTANT CAR CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ALLIANT ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | BAKER, MILLER, MARKOFF & KRANSY | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | XACT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LABCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ALLIED INTERSTATE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | FREEPORT HEALTH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ATTY. JOHN JACKSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | CCB CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | NCO FINANCIAL SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 043 | CREDITORS PROTECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 046 | PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 047 | US CELLULAR | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | BRANDY L. SWEITZER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITY OF MT CARROLL | 1,658.21 | 1,658.21 | 0.00 | 0.00 |
| 002 | INSTANT CAR CREDIT | 2,000.00 | 2,000.00 | 203.91 | 116.09 |
| 004 | AMERICAN HOME MORTGAGE SERVICING, INC. | 8,046.16 | 6,000.00 | 0.00 | 0.00 |
|  | Total Secured | 11,704.37 | 9,658.21 | 203.91 | 116.09 |
| 002 | INSTANT CAR CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ADVANCE AMERICA | 314.00 | 314.00 | 0.00 | 0.00 |
| 008 | ALLIANT ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ASSETCARE INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | H & R ACCOUNTS | 284.00 | 284.00 | 0.00 | 0.00 |
| 012 | CHECK IT | 115.73 | 115.73 | 0.00 | 0.00 |
| 013 | COMED CO | 221.59 | 221.59 | 0.00 | 0.00 |
| 014 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | DENTAL DESIGN SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | DIRECT TV | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 15,733.35 | 15,733.35 | 0.00 | 0.00 |
| 027 | GALLATIN RIVER COMMUNICATIONS | 770.68 | 770.68 | 0.00 | 0.00 |
| 028 | H & R ACCOUNTS | 1,013.53 | 1,013.53 | 0.00 | 0.00 |
| 029 | HSBC CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | JO- CARROLL ENERGY | 1,270.07 | 1,270.07 | 0.00 | 0.00 |
| 035 | NCO FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | ASSET ACCEPTANCE CORP | 562.30 | 562.30 | 0.00 | 0.00 |
| 040 | NORTHWEST EYE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | PRIME ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 044 | STATE FARM MUTUAL INSURANCE CO | 4,412.72 | 4,412.72 | 0.00 | 0.00 |
| 045 | PORTFOLIO RECOVERY ASSOCIATES | 761.30 | 761.30 | 0.00 | 0.00 |
| 048 | RJM ACQUISITIONS FUNDING LLC | 80.92 | 80.92 | 0.00 | 0.00 |
| 049 | RESURGENT CAPITAL SERVICES | 31.00 | 31.00 | 0.00 | 0.00 |
| 050 | ROUNDUP FUNDING LLC | 410.00 | 410.00 | 0.00 | 0.00 |
| 051 | PARAGON WAY INC | 301.00 | 301.00 | 0.00 | 0.00 |

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

|   | Total Unsecured | 26,282.19 | 26,282.19 | 0.00 | 0.00 |
|---|---|---|---|---|---|
|   | Grand Total: | 40,486.56 | 38,440.40 | 1,091.28 | 116.09 |

Total Paid Claimant:   $1,207.37
Trustee Allowance:   $92.63
Percent Paid Unsecured:   0.00

    Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

      /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008        By  /s/Heather M. Fagan